```
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
RAYNETTE M. LOGAN
Assistant United States Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff
```

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 21 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Fernando Ray White,

    Defendant.

CR-21-00766-PHX-DJH (MHB)

**INDICTMENT**

VIO: 18 U.S.C. §§ 1153 and 1111
(CIR-First Degree Murder)
Count 1

18 U.S.C. §§ 1153 and 113(a)(3)
(CIR-Assault With a Dangerous Weapon)
Count 2

18 U.S.C. § 924(c)(1)(A)
(Use of a Firearm During a Crime of Violence)
Count 3

THE GRAND JURY CHARGES:

**COUNT 1**

On or about December 9, 2019, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, FERNANDO RAY WHITE, an Indian, did with premeditation and malice aforethought, unlawfully kill E.F.P.C.

In violation of Title 18, United States Code, Sections 1153 and 1111.

**COUNT 2**

On or about December 9, 2019, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, FERNANDO RAY WHITE, an Indian, did

intentionally and knowingly assault E.F.P.C., with a dangerous weapon, a handgun, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 3

On or about December 9, 2019, in the District of Arizona, FERNANDO RAY WHITE, did knowingly use and discharge a firearm during and in relation to a crime of violence, that is, First Degree Murder and Assault with a Dangerous Weapon, as alleged in Counts 1 and 2 of this Indictment, respectively, felonies prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date:  September 21, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/

RAYNETTE M. LOGAN
Assistant U.S. Attorney