GARY M. RESTAINO
United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Arizona State Bar No. 016695
W. VINNIE LICHVAR
Arizona State Bar No. 028112
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Email: Vinnie.Lichvar@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Fernando Ray White,<br><br>          Defendant. | No. CR-21-00766-PHX-DJH<br><br>**JOINT STATEMENT OF THE CASE** |

    The government and the Defendant, Fernando Ray White, jointly file this Statement of the Case to be read to the jury. The parties agree this statement may be modified depending on the discussion to be held prior to trial on January 10, 2023.

    The United States has charged Fernando Ray White with one count of First Degree Murder, one count of Assault With a Dangerous Weapon, and one count of Use of a Firearm in a Crime of Violence. The government alleges that the defendant unlawfully killed Edwina Faye Paul-Cruz with premeditation and malice aforethought, and that the defendant intentionally and knowingly assaulted Edwina Faye Paul-Cruz with a dangerous weapon—a handgun. It is further alleged that the defendant used a firearm during and in relation to crimes of violence, which are the First Degree Murder and Assault With a Dangerous Weapon of Edwina Faye Paul-Cruz.

This case is charged in a federal court because the alleged offenses occurred on the Gila River Indian Reservation, in the District of Arizona, on or about December 9, 2019.

The defendant has pled not guilty to the offenses.

Respectfully submitted this 28th day of September, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Michael Yucevicius*
MICHAEL YUCEVICIUS
Attorney for Defendant

*s/Raynette M. Logan/W. Vinnie Lichvar*
RAYNETTE M. LOGAN
W. VINNIE LICHVAR
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following registrant: Michael Yucevicius, *Attorney for Defendant*.

*s/Rebecca Clarke Robinaugh*
U.S. Attorney's Office